IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

WARD CHRYSLER CENTER, INC.,

   Plaintiff,

v.

ADP DEALER SERVICES, INC., *et al.*,

   Defendant.                                    Case No. 12-cv-32-DRH-DGW

**HERNDON, Chief Judge:**

Before the Court is the parties' joint stipulation of dismissal with prejudice (Doc. 60). Plaintiff Ward Chrysler Center, Inc. and defendants ADP Dealer Services, Inc. and IP Networked Services, Inc., voluntarily dismiss this action with prejudice pursuant to FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii) (Doc. 60). The parties stipulate to the dismissal with prejudice of any and all claims, with each party to bear its own attorney's fees and costs. The Court hereby **ACKNOWLEDGES** said notice and holds that plaintiff's claims are **DISMISSED WITH PREJUDICE**. Accordingly, the hearing currently set for Thursday, March 21, 2013 is hereby canceled. The Clerk is instructed to enter judgment accordingly.

   **IT IS SO ORDERED.**
   Signed this 21st day of March, 2013.

                                          Digitally signed by
                                          David R. Herndon
                                          Date: 2013.03.21
                                          09:21:58 -05'00'

                                          **Chief Judge**
                                          **United States District Court**