UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ILLINOIS

WARD CHRYSLER CENTER, INC.,

      Plaintiff,

v.

ADP DEALER SERVICES, INC.,

      Defendant.                                No. 12-cv-32-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**   This matter is before the court pursuant to the Joint Stipulation of Dismissal with Prejudice filed on March 19, 2013.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order Acknowledging Stipulation of Dismissal entered on March 21, 2013, this case is **DISMISSED** with prejudice.

NANCY J. ROSENSTENGEL,
CLERK OF COURT

BY:_____/s/*Sara Jennings*_____
                  **Deputy Clerk**

**Dated:**   March 21, 2013

Digitally signed by
David R. Herndon
Date: 2013.03.21
13:17:25 -05'00'

APPROVED:
      CHIEF JUDGE
      U. S. DISTRICT COURT